RECEIVED
IN LAKE CHARLES, LA.

SEP - 9 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| FLORES LUIS FRANCO | : | DOCKET NO. 10-367<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| PHILLIP MILLER | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that Respondent's Motion to Dismiss be GRANTED.

IT IS FURTHER ORDERED that the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___8___ day of ___Sept___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE